# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DANNY LEE WELLS**                                            **PLAINTIFF**

**V.**                        **CASE NO. 3:16-CV-91-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                              **DEFENDANT**

## ORDER

Pending is the Acting Commissioner of the Social Security Administration's Motion to Remand. (Docket entry #12) For good cause shown, the Commissioner's motion (#12) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

DATED this 5th day of October, 2016.

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE