# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DANNY LEE WELLS**                                                                             **PLAINTIFF**

**V.**                              **CASE NO. 3:16-CV-91-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

## ORDER

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Danny Lee Wells and against the Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

DATED this 5th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE