# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DANNY LEE WELLS**                                                            **PLAINTIFF**

V.                          **CASE NO. 3:16-CV-91-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

## ORDER

Plaintiff Danny Lee Wells has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #16) He seeks fees in the amount of $4,910.40. The Commissioner does not object to an award in that amount. (#17)

Mr. Wells's motion (#16) is GRANTED. He is awarded $4,910.40 in fees, subject to offset, if he has outstanding government debt.

DATED this 19th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE